GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MENDOZA and JOSE MENDOZA, | Case No.:  C-09-03734 EMC |
| Plaintiffs, | [Alameda County Case No.:  RG09443993] |
| vs. | **STIPULATION TO LIMIT DAMAGES** ORDER |
| TARGET CORPORATION, and DOES 1-100, inclusive, | Complaint Filed:  March 30, 2009 |
| Defendants. | |

Plaintiffs Lena Mendoza and Jose Mendoza and their attorney, L.M. Parmenter of Parmenter Law Offices, agree as follows:

1.    Plaintiffs Lena Mendoza and Jose Mendoza agree not to seek damages for, nor collect any judgment in excess of $74,999.99, exclusive of interest and costs, in this action.

2.    The federal court no longer having jurisdiction of this claim, the matter will be remanded to state court for all further proceedings.

/ / /

/ / /

/ / /

/ / /

/ / /

BOORNAZIAN,
JENSEN & GARTHE
555 12th STREET
SUITE 1800
OAKLAND, CA  94607
(510) 834-4350

-1-

STIPULATION TO LIMIT DAMAGES – [C09-03734 EMC [Alameda Superior Court #RG09443993]]

3.    Plaintiffs' agreement to limit their claim for damages will be binding in the state court action after remand.

DATED: November 10, 2009

By: _____
LENA MENDOZA
Plaintiff

DATED: November 10, 2009

By: _____
JOSE MENDOZA
Plaintiff

DATED: November 11, 2009

PARMENTER LAW OFFICES

By: _____
L.M. PARMENTER, ESQ.
Attorney for Plaintiffs
LENA MENDOZA and JOSE
MENDOZA

DATED: November 11, 2009

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

GCT01\473660

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

STIPULATION TO LIMIT DAMAGES – [Alameda County Sup. Ct. Case No.: RG09443993]

## CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION TO LIMIT DAMAGES**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

L.M. Parmenter, Esq.                            **Attorney for Plaintiffs LENA**
PARMENTER LAW OFFICES              **MENDOZA and JOSE MENDOZA**
580 California Street, 16th Floor
San Francisco, CA 94104
(415) 738-7901 Phone
(415) 738-7901 Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on November 13, 2009.

_____
LAURA A. MONTALVO

GCT01\473660

STIPULATION TO LIMIT DAMAGES – [C09-03734 EMC [Alameda Superior Court #RG09443993]]

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350