```
GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
E-Mail: gtrabish@bjg.com

Attorneys for Defendant
TARGET CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MENDOZA and JOSE MENDOZA, | Case No.: C-09-03734 EMC |
| Plaintiffs, | [Alameda County Case No.: RG09443993] |
| vs. | **STIPULATION TO REMAND** |
| | ORDER |
| TARGET CORPORATION, and DOES 1-100, inclusive, | Complaint Filed: March 30, 2009 |
| Defendants. | |

The Plaintiffs having stipulated to limit damages, and not to collect any judgment in excess of $74,999.99, exclusive of interest and costs, IT IS HEREBY STIPULATED by Plaintiffs Lena Mendoza and Jose Mendoza by and through their attorney, L.M. Parmenter of Parmenter Law Offices, and Defendant Target Corporation, by and through its attorney, Gail C. Trabish of Boornazian, Jensen and Garthe, to remand the matter back to the Superior Court of Alameda County.

/ / /

/ / /

/ / /

/ / /

1
2
3  DATED: November 17, 2009              PARMENTER LAW OFFICES

                                        By: /s/ L.M. Parmenter
                                              L.M. PARMENTER, ESQ.
                                              Attorney for Plaintiffs
                                              LENA MENDOZA and JOSE
                                              MENDOZA

8
9  DATED: November ___, 2009             BOORNAZIAN, JENSEN & GARTHE
                                         A Professional Corporation

                                         By: _____
                                               GAIL C. TRABISH, ESQ.
                                               Attorneys for Defendant TARGET
                                               CORPORATION

GCT01\473660

-2-

| | |
|---|---|
| DATED: November___, 2009 | PARMENTER LAW OFFICES |
| | By: _____<br>L.M. PARMENTER, ESQ.<br>Attorney for Plaintiffs<br>LENA MENDOZA and JOSE MENDOZA |
| DATED: November 18, 2009 | BOORNAZIAN, JENSEN & GARTHE<br>A Professional Corporation |
| | /s/ *GAIL C. TRABISH*<br>By: _____<br>GAIL C. TRABISH, ESQ.<br>Attorneys for Defendant TARGET CORPORATION |

26108\483939

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION TO REMAND**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

L.M. Parmenter, Esq.  
PARMENTER LAW OFFICES  
580 California Street, 16th Floor  
San Francisco, CA 94104  
(415) 738-7901 Phone  
(415) 738-7901 Fax

**Attorney for Plaintiffs LENA MENDOZA and JOSE MENDOZA**

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on November 18, 2009.

_____  
LAURA A. MONTALVO

GCT01\473660

GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MENDOZA and JOSE MENDOZA, <br><br> Plaintiffs, <br><br> vs. <br><br> TARGET CORPORATION, and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: C-09-03734 EMC <br><br> [Alameda County Case No.: RG09443993] <br><br> **[PROPOSED] ORDER REMANDING CASE TO STATE COURT** <br><br> Complaint Filed: March 30, 2009 |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

1. The above captioned matter is remanded to Alameda County Superior Court.

DATED: November 20, 2009

_____
IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT JUDGE

GCT01\473662

-1-

[PROPOSED] ORDER REMANDING CASE TO STATE COURT
[Alameda County Sup. Ct. Case No.: RG09443993]